United States of America
United States District Court
For The
Western District of Michigan

FILED - GR
July 12, 2021 2:43 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: TB 7/13/21

Willie Rose
Plaintiff

Case No.: 2:16-CV-242-GJQ-MV

v.

Joseph Damron, et al
Defendants

Plaintiff Rose: Notice To Both District Judges Gordon J. Quist And Hala Jarbou

On 7-7-21 I wrote a letter to both Judges. I am respectfully asking that if the Court finds merit to the submitted objections and the additional objections that are coming to the 6-28-21 Hearing that I received on 7-6-21, I am respectfully asking that the Court pls to please order trial within 60 days because I want to close this case out. I only ask for extension to access witnesses and documents that I am being denied. I am NOT unreasonably trying to delay. If the Court grant extension please don't make Trial a very long time away.

I'm told my new objections will be done tomorrow on Friday.

Respectfully Submitted
Willie Rose - Plaintiff Pro Se  7-8-21
Willie Rose - Plaintiff Pro Se
2727 E. Beecher
Adrian, MI

cc:

Proof of Service
I Willie Rose declare I mailed this to the Clerk to forward to Judges Quist and Jarbou on 7-8-21
Willie Rose 7-8-21

Prisoner Name: Willie Rose 235893
Prisoner Number: _____
GUS HARRISON CORRECTIONAL FACILITY
2727 E. Beecher St.
Adrian, MI 49221

METROPLEX MI 480
9 JUL 2021  PM 6



Clerks office
United States District Court
110 Michigan St. N.W.
Grand Rapids, MI- 48503

(Legal Mail)

Mailed: 7-8-21
Cover Letter w/ (2) Letters to Ju.

49503-230099