United States of America
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT of Michigan

FILED - MQ
August 9, 2021 10:03 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: slk  SCANNED BY: /8-9-21

| | |
|---|---|
| Willie Rose<br>Plaintiff<br><br>v.<br><br>Joseph Damron, et al<br>Defendants | Hon. Hala Jarbou<br>Hon. Gordon Quist<br>Magistrate Maarten Vermaat<br>Case No.: 2:16-cv-242<br><br>Expedited Consideration<br>Requested. only |
| Michigan Att. General Office<br>Ms. Jessica Pelto - A.A.G.<br>Ms. Sara Robbins - A.A.G.<br>P.O. Box 30217<br>Lansing, Michigan - 48909<br>Attorney for Defendants | Willie Rose<br>MDOC # 235893<br>Saginaw Corr. Facility<br>9625 Pierce Rd.<br>Freeland, MI - 48623<br>Plaintiff Pro Se |

**Plaintiff Rose's Motion For Transcripts Needed To Appeal to the Sixth Circuit and needed to File a Non frivolous Motion to Alter Judgment in this case**

Plaintiff Rose humbly ask the Court to issue an order granting him 1-Free Copy of a ~~the~~ Transcription of the Bench Trial that occurred in this case ~~pursu~~ so that I can Fairly appeal to the United States Court of Appeals for The Sixth Circuit and In order to ~~seek~~ File And

(1 of 4)

seek relief in a Motion to Alter Judgment. Plaintiff Rose is a pro se Indigent litigant and respectfully ask that the Court provide him the 1-Free copy of the Transcript pursuant to the United States Judicial Conference policy, that Pacer.com adopted or any other method the Court deems as good cause to grant an order giving me 1-Free Copy in order to fairly access the Court seeking relief and a new trial with evidence, and witnesses and other necessities

## II.

Plaintiff Rose also humbly ask the Court to reconsider the previous denials of the Status Conference Hearings that I contend led up to the unfair Trial. It is my belief that with these a transcription of these proceedings I can show any reasonable Jurist in the Sixth Circuit Court of Appeals how I was deprived of Fundamental Fairness by way of obvious plain errors, misconduct by the Defendants and Judicial Bias, but I need the Transcriptions in order to be able to exercise this 14th Amendment Right otherwise any claim made would be nothing

(2 of 4)

more than bare allegations leading to a repeat of the Bench Trial. Adverse Ruling received in the Bench Trial.

The Transcription of all of the Status Conference Hearings in 2020 and 2021, all fall under the same provisions set forth in The United States Judicial Conference policy, that Pacer.Con has Adopted as well. In other words As a result of being an Indigent pro se litigant, the Policy Requires me to be given one (1) Free Copy of the Transcription; which is needed As stated above to make a prima facies Case with documentation showing reversible error, without such this would equate to a denial of the Right to Fairly access the Court again.

Judicial Review by this Court and The Sixth Circuit showing the palpable errors that caused and led to the Unfair Trial would lead any Reasonable Jurist to conclude that a New and Fair Trial must occur, due to the Indisputable prejudice Rose suffered in this case. See All objections, even the 7-16-21 Filed ones and Chrestopher v. Harbury, 536 U.S. 414-15; Swenkel v. River Rouge, 119 F.3d; and Flagg v. Detroit supra (and All cases cited).

(3 of 4)

## Relief Requested

Plaintiff Rose humbly ask the Court to:

1). GRANT An order providing all Requested Transcripts so that he can Promptly and Fairly access the Court Seeking Relief by way of a <u>Motion to Alter Judgment</u> In the District Court and by way of <u>Appeal To The Sixth Circuit Court of Appeals</u> for Judicial Review.

2). GRANT This Transcription pursuant to The <u>United States Judicial Conference policy</u> that provides 1-Free Copy of all pleadings to pro se litigants, <u>or "If"</u> for any reason the Court Refuses to do so this route, I respectfully ask the Court to Find good cause Another Route to provide 1-Free Copy OR order Copies pursuant to 28 USC 1920 (Tax for copies of Transcripts).

3). GRANT any and all other Relief the Court deems Just and equitable.

Respectfully submitted
_Willie__ - Plaintiff Pro se    8-3-21
© Willie Rose - Plaintiff Pro se    (4 of 4)

Mr. Willie Rose
MDOC # 235893
Saginaw C/F
9625 Pierce
Freeland, MICH. - 48623

(Legal Mail)
Mailed: 8-3-21

METROPLEX MI 480
4 AUG 2021 PM 2 L

ZIP 48623
02 4W
0000358709 AUG 03 2021
$ 000.51

Clerks office
UNITED STATES DISTRICT COURT
P.O. Box 698
MARquette, MICHIgan
49855