United States of America
United States District Court
For The
Western District of Michigan

FILED - MQ
August 23, 2021 9:29 AM
Clerk of Court
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: slk / Jh 8-23-21

Willie Rose
Plaintiff
v.
Heidi Washington, et al
Defendants

Hon. Hala Y. Jarbou
Magistrate Maarten Vermaat
Case No. 2:16-cv-242
Appeal Nos. 21-2764 and 21-2765
and pending "New" Appeal Notice
Amended version

Plaintiff Rose's Objection / Motion For Reconsideration, see ECF No. 601, pg 5254-55.

On 8-18-21, Plaintiff Rose received an order denying access to Transcripts needed to make a prima facie case with documentation showing he was denied Fair access to The Court and a Fair Trial as a result of his First and Fourteenth Amendment U.S. Const. Rights being violated by the magistrate, Defendants, prison policies & due to lack of counsel, lack of witnesses including expert witnesses.

In short, without access to evidence as basic as the Transcripts, of court proceedings it is impossible to access the Court Fairly in order to show this Court or the High Courts the obvious plain errors that caused the unfair Trial. The Transcripts are needed very much so, so that Rose can locate a new Jail House Lawyer to help him, because Rose has been transferred in Retaliation for seeking redress and as consequence lost access to his team of Jail House Lawyers and Typewriters, and the only Jail House Lawyer here is very expensive and based on conversations I've heard he's not

Transcripts (1 of 2)

that good and his problems that would make any human perform poorly.

Lastly, Rose declares that this <u>Honorable</u> Court made an error by concluding that Rose's Request for Transcription of Court proceeding relies solely on The Judicial Conference of the United States policy, because (1) Rose ask the court to make an independent finding of fact asking is it reasonable to assume that Rose needs Transcription of Documents/Hearings to prove his claims of being subjected to unfair action that led to an unfair Trial :(2) Rose also asserts that this Honorable Court could have gave Rose access to these Transcripts by way of Taxation of cost Considering Rose is Indigent pursuant to <u>28 USC 1920</u>, which holds more authority than W.D. Mich L. Civ R <u>83.2</u>. In short, Rose is a prisoner and any Reasonable Jurist & person in general would conclude that Rose claims which even asserts Judicial Bias by the magistrate and misconduct by the Mich. Att. Generals officers - Ms. Petto and Prison officials all well respected and clearly high positions of authority would definitely need documents to have a chance at proving good cause for granting a new Trial. Rose would appear once again like a clown blowing smoke. Rose needs these Documents to get his new Jail House Lawyer prepared and ready to lay out a Indisputable claim that would get him a new Trial and Justice from the Defendants who remained at minimum. The Defendants Damon almost <u>Killed</u> him and he gets to walk un penalized, he suffers no punishment for damages. Hes the worst out of everyone. ^Please give Transcripts as Relief.

Respectfully Submitted
_____ - Plaintiff Rose  8-18-21
Willie Rose - Plaintiff Rose

Transcripts (2 of 2)

cc:

Proof of service for Relief
I declare that on ____, I mailed this to the US-D.C.-WD-MI clerk for service _____ Plaintiff Willie Rose-Plntf

Mr. Willie Rose
Mdoc #235743
Saginaw CIF
9625 Pierce Rd
Freeland, MI - 48623

(Legal Mail)
Mailed: 8-19-21

Clerks office
United States District Court
P.O. Box 698
Marquette, MICHIGAN
49855